# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MOHSEN REIHANIFAM,<br><br>    Plaintiff,<br><br>vs.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA, et al.,<br><br>    Defendants. | Case No.: SACV 12-1580-DOC (JPRx)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT** |

    The final pretrial conference in this case was originally scheduled for May 23, 2014. Shortly before the pretrial conference, Plaintiff's counsel notified the Court that Plaintiff would be unavailable for trial because he had traveled to Iran and could not return to the United States until he resolved problems with renewing his expired Iranian passport. Pl.'s Ex Parte Application to Continue the Trial Date, May 22, 2014 (Dkt. 119). Based on counsel's representation, the Court continued the final pretrial conference date to December 2, 2014 and the trial date to December 16, 2014. *See* Order, June 16, 2014 (Dkt. 127).

The Court held a status conference on this matter on November 6, 2014. At the status conference, Defendant's counsel represented to the Court that Plaintiff had left Iran to attend a conference in Amsterdam a week after representing to the Court through his counsel that he was unable to attend trial. The Court stated that Defendant should provide evidence of this allegation and that Plaintiff should appear before the Court on November 24, 2014 to explain the matter.

Accordingly, the Court ORDERS as follows:

1. On or before **November 14, 2014**, Defendant shall file a written statement explaining the legal and factual bases for holding Plaintiff in contempt. The statement shall be no more than 10 pages.
2. On or before **November 19, 2014**, Plaintiff shall file a written response to Defendant's statement. The response shall be no more than 10 pages.
3. The parties, including Mr. Reihanifam specifically, are ordered to appear before the Court on **November 24, 2014, at 8:30 a.m.**
4. The Final Pretrial Conference date currently set for December 2, 2014 is advanced to **November 24, 2014, at 8:30 a.m**.

DATED:   November 7, 2014

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE