# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 12-1580-DOC (JPRx) |
| Date | January 14, 2015 |
| Title: | MOHSEN REIHANIFAM V FRESENIUS MEDICAL CARE NORTH AMERICA, ET AL |

Present: The Honorable   David O. Carter

| Deborah Goltz | Debbie Gale, Deborah Parker, Sharon Steffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Larry Elam | Juanita Brooks |

____ Day Court Trial          1st Day Jury Trial

____ One day trial:  X Begun (1st day);  X Held & Continued;  ____ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.
X Opening statements made by  Plaintiff and Defendant
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for mistrial by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted.  ____ denied.  ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   January 15, 2015 @ 8:00 a.m.   for further trial/further jury deliberation.
____ Other:

   5  :  53

Initials of Deputy Clerk   djg

cc: