# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CV 12-1580-DOC (JPRx) |
| Title: | MOHSEN REIHANIFAM V FRESENIUS MEDICAL CARE NORTH AMERICA, ET AL |
| Date | January 16, 2015 |

Present: The Honorable **David O. Carter**

| Dwayne Roberts | Debbie Gale, Deborah Parker, Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Larry Elam | Juanita Brooks |

|   | Day Court Trial | 3rd | Day Jury Trial |
|---|---|---|---|
|   | One day trial:    Begun (1st day); | X  Held & Continued; |    Completed by jury verdict/submitted to court. |

|   |   |
|---|---|
|   | The Jury is impaneled and sworn. |
|   | Opening statements made by    Plaintiff and Defendant |
| X | Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted. |
| X | Plaintiff(s) rest.    Defendant(s) rest. |
|   | Closing arguments made by    plaintiff(s)    defendant(s).    Court instructs jury. |
|   | Bailiff(s) sworn.    Jury retires to deliberate.    Jury resumes deliberations. |
|   | Jury Verdict in favor of    plaintiff(s)    defendant(s) is read and filed. |
|   | Jury polled.    Polling waived. |
|   | Filed Witness & Exhibit Lists    Filed jury notes.    Filed jury instructions. |
|   | Judgment by Court for    plaintiff(s)    defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by    plaintiff(s)    defendant(s). |
|   | Case submitted.    Briefs to be filed by |
|   | Motion to dismiss by    is    granted.    denied.    submitted. |
|   | Motion for mistrial by    is    granted.    denied.    submitted. |
|   | Motion for Judgment/Directed Verdict by    is    granted.    denied.    submitted. |
|   | Settlement reached and placed on the record. |
|   | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. |
|   | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. |
|   | Trial subpoenaed documents returned to subpoenaing party. |
| X | Case continued to    January 20, 2015 @ 8:00 a.m.    for further trial/further jury deliberation. |
| X | Other:    Defense filed Motion for Judgment as a Matter of Law Under FRCP 50(a).  Court to hear argument on Tuesday. |

6 : 41

Initials of Deputy Clerk    dr

cc: