# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 12-1580-DOC (JPRx) |
| Title: | MOHSEN REIHANIFAM V FRESENIUS MEDICAL CARE NORTH AMERICA, ET AL |
| Date | January 20, 2015 |

Present: The Honorable   David O. Carter

| Deborah Goltz | Debbie Gale, Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Larry Elam | Juanita Brooks |

___ Day Court Trial    4th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.    X Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   ___ Court instructs jury.
X Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   January 21, 2015 @ 8:00 a.m.   for further trial/further jury deliberation.
X Other:   Plaintiff's and Defendant's Motions for Judgment are DENIED. Jury to return for reading of verdict.

4 : 47

Initials of Deputy Clerk   djg

cc: