FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 21 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSEN REIHANIFAM,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA,<br><br>　　　　Defendant(s). | CASE NO. **SA CV 12-1580-DOC (JPRx)**<br><br>**WITNESS LIST** |

# LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CV 12-1580-DOC (JPRx) | Title | MOHSEN REIHANIFAM V FRESENIUS MEDICAL CARE NORTH |
|---|---|---|---|
| Judge | DAVID O. CARTER, United States District Court | | |
| Dates of Trial or Hearing | 1/14/15 - 1/21/15 | | |
| Court Reporters or Tape No. | Debbie Gale, Deborah Parker, Sharon Steffens | | |
| Deputy Clerks | Deborah Goltz/Dwayne Roberts | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Larry Elam, III | Juanita Brooks |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| WITNESS LIST / EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Mohsen Reihanifam CST 1/14/15, 1/15/15 | Plaintiff |
| | | | | | | Andrea Reihanifam Peregretti CST 1/15/15 | Plaintiff |
| | | | | | | Robin Purcell (by way of deposition) 1/15/15 | Plaintiff |
| | | | | | | Steven Lewis CST 1/15/15 | Defendant |
| | | | | | | Evelyn Camille Reihanifam Nichols CST 1/16/15 | Plaintiff |
| | | | | | | Robert Maurice Powell CST 1/16/15 | Defendant |
| | | | | | | Brian O'Connell CST 1/16/15 | Defendant |
| | | | | | | Maureen Lyden-Green CST 1/16/15 | Defendant |
| | | | | | | Benjamin Lipps CST 1/16/15 | Defendant |
| | | | | | | Ron Castle CST 1/20/15 | Defendant |

G-65 (03/07)     LIST OF EXHIBITS AND WITNESSES     Page 1 of 1