NAME & ADDRESS:

JAN 21 2015
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mohsen Reihanifam, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | SA CV 12-1580-DOC (JPRx) |
| v. | |
| Fresenius Medical Care North America, et al, DEFENDANT(S). | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the __joint__ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_____     N/A
Date                       Counsel for: ☒ Plaintiff ☐ Defendant ☐ Larry Elam, III

                           Signature                        Telephone Number

__1/21/15__                _____           (619) 678-5077
Date                       Counsel for: ☐ Plaintiff ☒ Defendant ☐ Juanita Brooks

                           Signature                        Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U. S. District Court

By _____
Deputy Clerk

_____
Date

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (11/09)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING