FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 21 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSEN REIHANIFAM,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA,<br><br>    Defendant(s). | CASE NO. **SA CV 12-1580-DOC (JPRx)**<br><br>**REDACTED JURY NOTE** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name:   MOHSEN REIHANIFAM V FRESENIUS MEDICAL CARE NORTH AMERICA, ET AL

Case No.:   SA CV 12-1580-DOC (JPRx)

JURY NOTE NUMBER _____

✓   THE JURY HAS REACHED A UNAMIOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

REDACTED
JURY FOREPERSON

Date   January 20, 2015
Time:   4:20 PM