FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 21 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION—HONORABLE DAVID O. CARTER)

| | |
|---|---|
| MOHSEN REIHANIFAM,<br><br>Plaintiff,<br><br>v.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA,<br><br>Defendant. | CASE NO.: SACV12-1580-DOC (JPRx)<br><br>**SECOND AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>Complaint Filed:  August 6, 2012<br>Case Removed:   September 19, 2012<br>FAC Filed:       February 14, 2013<br>SAC Filed:       June 28, 2013<br>PTC:             November 24, 2014<br>Trial:           January 14, 2015<br><br>Judge:  Hon. David O. Carter |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0001 | MR-000579-MR-000584 | "Employment Agreement" [Exh. 1 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0002 | FRES-MR-0000166 | Letter, dated August 20, 2010 [Exh. 3 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0003 | MR-000750 | E-mail, dated Feb 24, 2011 [Exh. 5 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0004 | FRES-MR-0002065 | Document titled "Promissory Note," dated April 4, 2001 [Exh. 10 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0005 | FRES-MR-0002058-FRES-MR-0002059 | "Loan Agreement" and "Promissory Note," dated 12/18/2002 [Exh. 11 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0006 | FRES-MR-0002049-FRES-MR-0002050 | "Promissory Note," dated October 2005 [Exh. 12 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0007 | FRES-MR-0002051-FRES-MR-0002052 | "Promissory Note," dated October 2005 [Exh. 13 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0008 | FRES-MR-0001918-FRES-MR-0001920 | "Promissory Note," dated 1/26/2009 [Exh. 14 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0009 | FRES-MR-0002739 | Internal Memo, dated 7/29/1998 [Exh. 15 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0010 | MR-000400 | Internal Memo, dated 7/26/1999 [Exh. 16 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0011 | FRES-MR-0000152 | Internal Memo, dated 1/2/2001 [Exh. 17 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0012 | FRES-MR-0000154 | "West Business Unit Audit/Investigative Work" [Exh. 18 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0013 | FRES-MR-0000155 | "Overall Perspective Based on Today's Conversation with Mohsen Reihany" [Exh. 19 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0014 | FRES-MR-0000184-FRES-MR-0000187 | Facsimile transmittal, dated 8/17/2002 [Exh. 20 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0015 | FRES-MR-0000079-FRES-MR-0000080 | Correspondence, dated 8/28/2002 [Exh. 21 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0016 | FRES-MR-0000064-FRES-MR-0000069 | "Employment Agreement" [Exh. 22 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0017 | FRES-MR-0000192 | Internal Memo, dated 9/3/2002 [Exh. 23 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0018 | FRES-MR-0000162 | Internal Memo, dated 9/6/2002 [Exh. 24 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0019 | FRES-MR-0034105-FRES-MR-0034109 | E-mail, dated 10/13/2004, and preceding e-mail [Exh. 25 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0020 | FRES-MR-0002387-FRES-MR-0002391 | E-mail, dated 5/11/2005, and preceding e-mail chain [Exh. 26 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0021 | MR-000538-MR-000541 | E-mail, dated 6/16/2005, and Preceding e-mail chain [Exh. 27 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0022 | FRES-MR-0000083-FRES-MR-0000090 | E-mail, dated 7/17/2005, and preceding e-mail chain [Exh. 28 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0023 | MR-000542 | E-mail, dated 7/19/2005 [Exh. 29 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0024 | FRES-MR-0000091-FRES-MR-0000092 | E-mail, dated 7/22/2005, and preceding e-mail [Exh. 30 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0025 | FRES-MR-0000093-FRES-MR-0000095 | E-mail, dated 7/27/2005 [Exh. 31 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0026 | FRES-MR-0002098-FRES-MR-0002099 | E-mail, dated 7/30/2005, and preceding e-mail [Exh. 32 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/14/15 | 1/14/15 |
| JX0027 | FRES-MR-0000096-FRES-MR-0000099 | E-mail, dated 9/16/2005, and preceding e-mail chain [Exh. 33 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0028 | FRES-MR-0002521-FRES-MR-0002522 | E-mail, dated 11/02/2005, and preceding e-mail [Exh. 34 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0029 | FRES-MR-0057460 | E-mail, dated 1/19/2006 [Exh. 35 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0030 | FRES-MR-0000106-FRES-MR-0000108 | E-mail, dated 2/23/2006, and preceding e-mail chain [Exh. 36 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0031 | FRES-MR-0057304-FRES-MR-0057305 | E-mail, dated 12/20/2006 [Exh. 37 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0032 | FRES-MR-0057306 | E-mail, dated 12/20/2006 [Exh. 38 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0033 | FRES-MR-0037831-FRES-MR-0037835 | E-mail, dated 4/17/2007, and preceding e-mail chain [Exh. 39 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0034 | FRES-MR-0008956-FRES-MR-0008957 | E-mail, dated 6/6/2007 [Exh. 40 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0035 | FRES-MR-0057190-FRES-MR-0057193 | E-mail, dated 6/24/2007, and preceding e-mail [Exh. 41 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0036 | FRES-MR-0015551 | E-mail, dated 6/26/2007, and preceding e-mail chain [Exh. 42 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0037 | FRES-MR-0056264-FRES-MR-0056265 | E-mail, dated 6/29/2007, and preceding e-mail chain [Exh. 43 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0038 | FRES-MR-0057943-FRES-MR-0057946 | E-mail, dated 6/19/2007, and preceding e-mail chain [Exh. 44 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0039 | FRES-MR-0056231-FRES-MR-0056235 | E-mail, dated 6/26/2007, and preceding e-mail chain [Exh. 45 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0040 | FRES-MR-0056197 | Document headed "Liberty Shipping Hold Meeting 8/15/2007" [Exh. 46 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0041 | FRES-MR-0016847 | E-mail, dated 8/17/2007, and preceding e-mail [Exh. 47 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/20/15 | |
| JX0042 | FRES-MR-0057850-FRES-MR-0057853 | E-mail, dated 5/30/2008, and preceding e-mail chain [Exh. 48 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0043 | FRES-MR-0040491 | E-mail, dated 1/8/2009 [Exh. 49 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0044 | MR-000010-MR-000030 | File titled "Evidence in Support of Retaliation B, Letter to Management Board on 11/15/2010" [Exh. 50 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0045 | MR-000612-MR-000613 | Letter dated 2/17/2009, and receipt [Exh. 51 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0046 | FRES-MR-0057176 FRES-MR-0057177 | E-mail, dated 5/13/2009 [Exh. 53 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0047 | FRES-MR-0000164-FRES-MR-0000165 | Letter, dated 5/14/2009 [Exh. 54 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/15/15 | 1/15/15 |
| JX0048 | FRES-MR-0057045-FRES-MR-0057048 | E-mail, dated 1/13/2010, and preceding e-mail [Exh. 55 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0049 | MR-000373 | Letter, dated 4/13/2010 [Exh. 56 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | 1/16/15 | 1/16/15 |
| JX0050 | FRES-MR-0000121 | E-mail, dated 9/21/2010 [Exh. 57 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0051 | FRES-MR-0056367-FRES-MR-0056369 | Letter, dated 11/9/2010 [Exh. 58 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0052 | FRES-MR-0000122-FRES-MR-0000125 | E-mail, dated 11/5/2010, and preceding e-mail [Exh. 59 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0053 | MR-000741-MR-000742 | E-mail, dated 12/27/2010, and preceding e-mail chain [Exh. 60 to the Deposition of Mohsen Reihanifam dated 7/26/2013] | | |
| JX0054 | MR-002201-MR-002203 | Email from Mohsen Reihany to Barb Read and Rice Powell dated 12/1/2004 [Exh. 61 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | 1/16/15 | 1/16/15 |
| JX0055 | MR-002230-MR-002235 | Email from Mohsen Reihany to Glenn Slater dated 3/21/2005 [Exh. 62 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | | |
| JX0056 | MR-002988-MR-002989 | Email from Rice Powell to Mohsen Reihany and Glenn Slater dated 8/22/2008 [Exh. 63 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | 1/16/15 | 1/16/15 |
| JX0057 | MR-002982 | Email from Mohsen Reihany to Kent Wanzek dated 8/22/2008 [Exh. 64 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | 1/16/15 | 1/16/15 |
| JX0058 | MR-002675-MR-002677 | Email from Mohsen Reihany to Rice Powell dated 2/20/2007[Exh. 65 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | 1/16/15 | 1/16/15 |
| JX0059 | MR-003020-MR-003025 | Email from Kulwinder Plahey to Mohsen Reihany dated 8/26/2008 [Exh. 66 to the Deposition of Mohsen Reihanifam dated 4/17/2014] | 1/20/15 | 1/20/15 |
| JX0060 | MR-002999-MR-003004 | Email from Kent Wanzek to Mohsen Reihany dated 8/26/2008 [Exh. 67 to the Deposition of | | |

SECOND AMENDED JOINT TRIAL EXHIBIT LIST
Case No.: SACV12-1580 DOC (JPRx)

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Mohsen Reihanifam dated 4/17/2014] | | |
| JX0061 | FRES-MR-0003268-FRES-MR-0003308 | Employee Handbook, Fresenius Medical Care (effective 8/11/2010) [Lipps Ex. 1] | | |
| JX0062 | MR-001505-MR-001507 | Resume of Mohsen Reihanifam [Lipps Ex. 2] | 1/14/15 | 1/14/15 |
| JX0063 | MR-000577 | FMC Notice of Non-Renewal of Employment Agreement (2/17/2009) [Lipps Ex. 4] | 1/14/15 | 1/14/15 |
| JX0064 | MR-000623 | Letter response to Notice of Non-Renewal of Employment Agreement (5/13/2009) [Lipps Ex. 5] | | |
| JX0065 | MR-000097-MR-000100 | E-mail to Ben Lipps dated 8/17/2002 [Lipps Ex. 6] | 1/16/15 | 1/16/15 |
| JX0066 | MR-000151-MR-000152 | E-mail to Rice Powell dated 3/25/2005 re issues of concern [Lipps Ex. 7] | | |
| JX0067 | MR-000662 | FMC Letter dated 3/22/2010 re 2009 Bonus Award [Lipps Ex. 12] | | |
| JX0068 | MR-000260 | FMC Letter dated 4/13/2010 re Increase in base salary. [Lipps Ex. 13] | | |
| JX0069 | MR-000638 | FMC Letter dated 10/9/1998 re promotion to Vice President, Dialysis Services Technology for FMCNA reporting directly to Ben Lipps [Lipps Ex. 14] | | |
| JX0070 | MR-000639 | FMC Letter dated 7/26/1999 re Organization Announcement (Mohsen Reihany appointed President of the Dialysis Services West Business Unit reporting to Ben Lipps) [Lipps Ex. 15] | 1/14/15 | 1/14/15 |
| JX0071 | MR-000108 | Draft FMC Letter from Ben Lipps to All Employees dated 9/4/2002 re Organization Announcement (Mohsen Reihany has accepted the position of President for Dialysis Products Research and Development and New Business Development in the Dialysis | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Products Division effective 9/16/2002 and reporting to Rice Powell) [Lipps Ex. 16] | | |
| JX0072 | MR-000641 | FMC Letter from Rice Powell to All Employees dated 9/6/2002 re Organization Announcement (Mohsen Reihany has accepted the position of President for Dialysis Products Research and Development and New Business Development in the Dialysis Products Division effective 9/16/2002) [Lipps Ex. 17] | | |
| JX0073 | MR-000112 | FMCNA Memo from Rice Powell to Directors, Vice Presidents and Above, dated 2/12/2009, re RTG Organization Change (Mohsen Reihany has been offered the position of Sr. Advisor on advanced renal products reporting directly to Ben Lipps) [Lipps Ex. 18] | | |
| JX0074 | MR-000797-MR-000798 | E-mail from L. Jensen to M. Reihany, dated 2/16/2008 re farewell to Mohsen [Jensen Ex. 8] | | |
| JX0075 | MR-000045-MR-000046 | E-mail string from Barb Read to Mohsen Reihany dated 1/12/2010 and 1/13/2010 re RRI Board meeting in New Orleans (complaints from Reihanifam to Ben Lipps re discrimination/harassment by Rice Powell) [Lipps Ex. 24] | 1/16/15 | 1/16/15 |
| JX0076 | MR-000001-MR-000006 | Personal letter from Mohsen Reihanifam to FMCNA Board dated 11/5/2010 [Lipps Ex. 26] | | |
| JX0077 | FRES-MR-0003406-FRES-MR-0003407 | FMCNA Policy: Resignation & Termination, Section I-21, Replaces policy dated 10/1/2005, | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | Effective Date: 1/1/07 [Lipps Ex. 27] | | |
| JX0078 | FRES-MR-0003227-FRES-MR-0003267 | Fresenius Medical Care Employee Handbook dated 4/20/2010 [O'Connell Exh. 1] | | |
| JX0079 | MR-000578 | E-mail from Mohsen Reihany to Brian O'Connell dated 5/13/2009 re follow up to our discussions the day before yesterday (pushed out of my position wrongfully) [O'Connell Ex. 10] | 1/15/15 | 1/15/15 |
| JX0080 | MR-000143-MR-000144 | E-mail string from Mohsen Reihany to Brian O'Connell re complaint of retaliation (dated 1/12/2010 and 1/13/2010) [O'Connell Ex. 11] | | |
| JX0081 | MR-000416-MR-000419 | FMC Internal Memo from Brian O'Connell to FMCNA Executives dated 12/18/2008 re Revised Amendment to Employment Agreement [O'Connell Ex. 17] | | |
| JX0082 | MR-000129-MR-000132 | Amendment to Employment Agreement signed by Mohsen Reihanifam (12/23/2008) [O'Connell Ex. 18] | | |
| JX0083 | MR-000138-MR-000140 | E-mail string from M. Reihanifam to B. O'Connell re severance agreement negotiations (you did not lose the 24 months inside the proposal). [O'Connell Ex. 25] | 1/16/15 | 1/16/15 |
| JX0084 | MR-000644-MR-000648 | P&HG Executive Staff Performance Evaluation (January 2005) [Powell Ex. 1] | 1/14/15 | 1/14/15 |
| JX0085 | MR-000248-MR-000254 | P&HG Executive Staff Performance Evaluation (January 2006) [Powell Ex. 2] | 1/14/15 | 1/14/15 |
| JX0086 | MR-000255-MR-000258 | P&HG Executive Staff Performance Evaluation (Calendar Year 2006 & 2007) [Powell Ex. 3] | 1/14/15 | 1/14/15 |
| JX0087 | MR-000158 | E-mail from M. Reihany to R. Powell re being left out of meetings [Powell Ex. 11] | 1/16/15 | 1/16/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0088 | MR-000540-MR-000541 | E-mail from M. Reihany to R. Powell re need to have one on one on some important topics, dated June 16, 2006 [Powell Ex. 12] | | |
| JX0089 | MR001587-MR-001588 | E-mail from M. Reihany to R. Powell re follow up on our meeting of 7/19/2005, dated 7/27/2005 [Powell Ex. 13] | | |
| JX0090 | MR-000012-MR-000013 | E-mail from E. Stroup to M. Reihany re invitation E-Beam Conference Call, dated 12/9/2005 [Powell Ex. 14] | | |
| JX0091 | MR-000196 | E-mail from M. Reihany to R. Powell re follow up to the meetings on release of Liberty, dated 12/19/2005 [Powell Ex. 15] | | |
| JX0092 | MR-002715-MR-002716 | E-mail from M. Reihany to R. Powell re R&D, dated 8/20/2007 [Powell Ex. 18] | | |
| JX0093 | MR-000342 | E-mail from N. Riek to R. Powell re Liberty 510(k), dated 4/4/2005 [Plahey Ex. 2] | | |
| JX0094 | MR-000277-MR-000278 | E-mail from R. Powell to M. Reihany re FDA audit – update, dated 7/26/2005 [Plahey Ex. 3] | | |
| JX0095 | MR-000554 | E-mail from M. Reihany to B. Lipps re Liberty shipping hold meeting minutes [Plahey Ex. 8] | | |
| JX0096 | FRES-MR-0002463-FRES-MR-0002467 | Email from Mohsen Reihany to Robin Purcell dated 5/16/2005 [Purcell Ex. 1] | 1//15/15 | 1/20/15 |
| JX0097 | FRES-MR-0002095-FRES-MR-0002097 | Email from Rice Powell to Ron Kuerbitz and Robin Purcell dated 7/30/2005 [Purcell Ex. 2] | 1/15/15 | 1/16/15 |
| JX0098 | FRES-MR-0002543 | Email from Rice Powell to Mohsen Reihany [Purcell Ex. 4] | 1/15/15 | 1/16/15 |
| JX0099 | FRES-MR-0002811 | Email from Mohsen Reihany to Rice Powell dated 6/16/2005 [Purcell Ex. 5] | 1/15/15 | 1/20/15 |
| JX0100 | MR-002565-MR-002571 | Email from Mohsen Reihany to Robin Purcell dated 5/23/2006 [Purcell Ex. 6] | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0101 | FRES-MR-0002496-FRES-MR-0002498 | Email from Mohsen Reihany to Robin Purcell dated 9/18/2007 [Purcell Ex. 7] | 1/15/15 | 1/20/15 |
| JX0102 | FRES-MR-0002494-FRES-MR-0002495 | Email from Mohsen Reihany to Robin Purcell 9/19/2007 [Purcell Ex. 8] | 1/15/15 | 1/20/15 |
| JX0103 | FRES-MR-0000223-FRES-MR-0000226 | Email from Julie Zanotta to Robin Purcell dated 1/22/2009 [Purcell Ex. 9] | | |
| JX0104 | MR-000148 | Letter dated 8/20/2010 from Robin Purcell to Mohsen Reihanifam [Purcell Ex. 11] | 1/15/15 | 1/16/15 |
| JX0105 | MR-000317-MR-000318 | E-mail from P. Ryder to M. Reihany, dated 2/19/2009, re farewell to Mohsen [Ryder Ex. 1] | | |
| JX0106 | MR-000022-MR-000023 | E-mail from E. Stroup to M. Reihany re invitation E-Beam and Platelets meeting, dated 6/12/2008 [Stroup Ex. 5] | | |
| JX0107 | MR-000024-MR-000026 | E-mail from E. Stroup to M. Reihany re invitation E-Beam and Platelets meeting, dated 6/12/2008 [Stroup Ex. 6] | | |
| JX0108 | MR-003013-MR-003015 | Email from Rice Powell to Mohsen Reihany and Kent Wanzek dated 8/26/2008 | 1/16/15 | 1/16/15 |
| JX0109 | MR-001635 | Email from Robin Purcell to Mohsen Reihany dated 5/11/2005 | | |
| JX0110 | MR-002527-MR-002529 | Email from Robin Purcell to Mohsen Reihany dated 4/18/2006 | | |
| JX0111 | MR-002557-MR-002558 | Email from Robin Purcell to Mohsen Reihany dated 5/12/2006 | | |
| JX0112 | MR-002739-MR-002740 | Email from Mohsen Reihany to Robin Purcell dated 9/18/2007 | | |
| JX0113 | MR-002094-MR-002097 | Email from Mohsen Reihany to Brian O'Connell dated 1/13/2010 | | |
| JX0114 | MR-002717-MR-002718 | Email from Rice Powell to Mohsen Reihany dated 8/20/2007 | 1/16/15 | 1/16/15 |
| JX0115 | FRES-MR-0003137-FRES-MR-0003185 | Fresenius Medical Care Employee Handbook dated February 2007 | 1/14/15 | 1/14/15 |
| JX0116 | FRES-MR-0003186-FRES-MR-0003226 | Fresenius Medical Care Employee Handbook dated 4/13/2010 | | |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0117 | MR-000040-MR-000041 | Internal Memo re Organizational changes – Reihanifam to VP of R&D dated 1/5/2010 | | |
| JX0118 | MR-000053-MR-000057 | E-mail from Plahey to Reihany re Rashmi Murthy investigation, dated 9/2/2008 | 1/15/15 | 1/20/15 |
| JX0119 | MR-000058 | E-mail to Reihany to Powell re Rashmi Murthy investigation, dated 8/29/2008 | 1/15/15 | 1/20/15 |
| JX0120 | MR-000060 | E-mail from Castle to Reihany re Rashmi Murthy investigation | 1/15/15 | 1/20/15 |
| JX0121 | MR-000061 | E-mail from Castle to Reihany re Rashmi Murthy investigation, dated 9/17/2008 | 1/16/15 | 1/16/15 |
| JX0122 | MR-000062-MR-000064 | E-mail from Reihany to Castle re Rashmi Murthy investigation, dated 9/19/2008 | 1/20/15 | 1/20/15 |
| JX0123 | MR-000066 | E-mail from Powell to Lowery re Rashmi Murthy investigation, dated 10/8/2008 | 1/16/15 | 1/16/15 |
| JX0124 | MR-000069 | E-mail to Reihany from Lipps/Powell re exclusion from meetings (Liberty shipping hold meeting), dated 8/17/2007 | | |
| JX0125 | MR-000149-MR-000150 | E-mail from Reihany to O'Connell re complaint of harassment, discrimination etc., dated 8/24/2010 | | |
| JX0126 | MR-000158 | E-mail from Reihany to Powell re exclusion from meetings, dated 5/16/2005 | | |
| JX0127 | MR-000161 | E-mail from Reihany to Powell re exclusion from meetings, dated 6/16/2005 | | |
| JX0128 | MR-000168-MR-000169 | E-mail from Reihany to Powell re Request for Sensitivity Training, dated 7/28/2005 | | |
| JX0129 | MR-000174-MR-000175 | E-mail from Reihany to Powell re National Sales meeting allocation and cultural changes and leadership goals, dated 9/26/2007 | | |
| JX0130 | MR-000282-MR-000283 | E-mail from Lipps to Reihany re Liberty Cycler – Congratulations from Ben, dated 4/26/2006 | 1/20/15 | 1/20/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| JX0131 | MR-000284 | E-mail from Powell to Reihany re Liberty Cycler (Congratulations), dated 4/25/2006 | 1/15/15 | 1/16/15 |
| JX0132 | MR-000285 | E-mail from Powell to Reihany re Liberty Cycler field tests (Outstanding!), dated 10/19/2005 | 1/15/15 | 1/16/15 |
| JX0133 | MR-000288-MR-000289 | E-mail from Powell to Reihany re Ogden simulated use update on Liberty Cycler (Congratulations), dated 12/10/2007 | | |
| JX0134 | MR-000292-MR-000293 | E-mail from Powell to Reihany re ISO Audit results Liberty Cycler (Outstanding!), dated 1/15/2008 | | |
| JX0135 | MR-000294-MR-000296 | E-mail from Powell to Reihany re presentation (Outstanding work), dated 6/25/2008 | | |
| JX0136 | MR-000310-MR-000311 | E-mail from Lipps to Reihany re 2008T has been cleared by FDA (Congratulations), dated 1/22/2009 | | |
| JX0137 | MR-000533-MR-000535 | E-mail from Reihany to Powell re PD Solutions Strategy Meeting (exclusion from PD meetings), dated 5/16/2006 | | |
| JX0138 | MR-000555-MR-000556 | E-mail from Reihany to Powell re beating up R&D, dated 8/20/2007 | | |
| JX0139 | MR-000558-MR-000559 | E-mail from Reihany to Powell re beating up R&D, dated 8/20/2007 | | |
| JX0140 | MR-000669-MR-000672 | Proposed Separation Agreement | 1/16/15 | 1/16/15 |
| JX0141 | MR-000681-MR-000687 | Draft letter confirming separation of employment, plus severance, dated June 2010 | 1/15/15 | 1/16/15 |
| JX0142 | MR-000688 | E-mail from O'Connell to Reihany re Separation Agreement-Clarification on Section 8 – California Civil Code Section 1542, dated 6/11/2010 | | |
| JX0143 | MR-000704 | E-mail from O'Connell to Reihany re separation from employment and severance package, dated 8/19/2010 | 1/16/15 | 1/16/15 |
| JX0144 | MR-000705 | E-mail from O'Connell to Reihany re separation from employment | 1/16/15 | 1/16/15 |

| Trial Exhibit No. | Bates Range | Description of Exhibit | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | and severance package, dated 8/20/2010 | | |
| JX0145 | FRES-MR-0041038 | Fresenius Medical Care NA Renal Therapies Group – Organizational Chart | | |
| JX0146 | MR-00839-MR-01504 | Job search documents | | |
| JX0147 | | FMCNA's response to Plaintiff's Request for Documents (set one), dated 6/12/2013 | | |
| JX0148 | FRES-MR-0000390-FRES-MR-0000420 | 2008 Payroll Information of Mohsen Reihanifam | 1/16/15 | 1/16/15 |
| JX0149 | FRES-MR-0000421-FRES-MR-0000428 | 2008 Earnings Balances of Mohsen Reihanifam | 1/16/15 | 1/16/15 |
| JX0150 | FRES-MR-0000429-FRES-MR-0000434 | 2009 Earnings Balances of Mohsen Reihanifam | 1/16/15 | 1/16/15 |
| JX0151 | FRES-MR-0001841-FRES-MR-0001889 | 2009 Payroll Information of Mohsen Reihanifam | 1/16/15 | 1/16/15 |
| JX0152 | MR-000117 | Email from Mohsen Reihany to Brian O'Connell dated 5/28/2002 [O'Connell Ex. 3] | 1/15/15 | 1/15/15 |
| JX0153 | MR-000106 | Internal Memo re Communication Process for the Organizational Changes dated 8/30/2002 [O'Connell Ex. 6] | 1/16/15 | 1/16/15 |
| JX0154 | MR-000118-MR-000119 | Email dated 8/28/2002 from Mohsen Reihanifam to Brian O'Connell [O'Connell Ex. 5] | | |
| JX0155 | MR-000643 | Internal Memo dated 9/29/2004 from Brian O'Connell to Mohsen Reihany [Lipps Ex. 11] | | |
| JX0156 | MR-000050-MR-000052 | Email dated 2/22/2010 from Mohsen Reihany to Barb Read [Lipps Ex. 25] | | |
| JX0157 | MR-000612 | Letter dated 2/17/2009 from Brian O'Connell to Mohsen Reihanifam [Purcell Ex. 10] | 1/15/15 | 1/20/15 |
| JX0158 | | Stipulated Facts (12) which were read into the record | 1/20/15 | 1/20/15 |

APPROVED BY:

Attorney for Plaintiff:

_____
H Larry Elam, III
Law Office of H Larry Elam III
2977 Ygnacio Valley Road Suite 267
Walnut Creek, CA 94598

Attorney for Defendant:

_____
Juanita Rose Brooks
Fish and Richardson PC
12390 El Camino Real
San Diego, CA 92130