1
2  JUANITA R. BROOKS (CSB#75934)
   FISH & RICHARDSON PC
3  12390 El Camino Real
   San Diego, CA 92130
4  Tel (858) 678-5070
   Fax (858) 678-5099
5  brooks@fr.com

6  LISA J. DAMIANI (CSB#137968)
   DAMIANI LAW GROUP APC
7  701 B Street, Suite 1110
   San Diego, California 92101
8  Tel (619) 239-0170
   Fax (619) 239-0216
9  ljdamiani@damianilawgroup.com
10

11 Attorney for Defendant,
   FRESENIUS MEDICAL CARE NORTH AMERICA
12

13

14              **UNITED STATES DISTRICT COURT**

15             **CENTRAL DISTRICT OF CALIFORNIA**

16                   **(SOUTHERN DIVISION)**

17

18

19 MOHSEN REIHANIFAM,                    **CASE NO.** SA CV 12-1580-DOC
                                          (JPRx)
20            Plaintiff(s),
                                          **NOTICE OF LODGMENT**
21
       v.                                 **JUDGE:** The Honorable David Carter
22

23 FRESENIUS MEDICAL CARE NORTH
   AMERICA,
24
              Defendant(s).
25

26

27

28

1   **TO:   PLAINTIFF MOHSEN REIHANIFAM AND HIS ATTORNEY OF**

2   **RECORD, LARRY ELAM:**

3         Defendant FRESENIUS MEDICAL CARE NORTH AMERICA, by and through

4   its counsel of record, hereby lodges a Proposed Judgment on Jury Verdict.

5

6   Date: January 29, 2015               Respectfully submitted,

7

8                                        FISH & RICHARDSON PC

9                            By:   /s/Juanita R. Brooks

10                                       Juanita R. Brooks, Esq.
                                         Attorney for Defendant,
11                                       FRESENIUS MEDICAL CARE NORTH
                                         AMERICA
12

13                                       DAMIANI LAW GROUP APC

14                           By:   /s/Lisa J. Damiani

15                                       Lisa J. Damiani, Esq.
                                         Attorney for Defendant,
16                                       FRESENIUS MEDICAL CARE NORTH
                                         AMERICA
17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 29, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Lisa J. Damiani*
Lisa J. Damiani