JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| MOHSEN REIHANIFAM,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESENIUS MEDICAL CARE NORTH AMERICA,<br><br>    Defendant. | CASE NO.  SACV12-1580-DOC (JPRx)<br><br>JUDGMENT ON JURY VERDICT |

    This case came on regularly for trial by jury on January 14 - 21, 2015. The court empaneled a jury of eight (8) qualified persons, and the case proceeded to trial. The jury deliberated and thereafter returned into court with its verdict in favor of Defendant Fresenius Medical Care North America on all claims, namely retaliation, failure to prevent retaliation, wrongful discharge in violation of public policy, breach of contract and implied covenant of good faith and fair dealing. The court hereby enters judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Fresenius Medical Care North America and against Plaintiff Mohsen Reihanifam on all claims. Plaintiff shall take nothing by way of his claims against Defendant. Defendant shall recover its

Judgment on Jury Verdict
Case No.  SACV12-1580-DOC

1 cost of suit with interest at a rate of 10% per annum from the date of entry of
2 judgment until paid in full. This is a Final Judgment disposing of all claims.
3 Dated: January 30, 2015

*/s/ David O. Carter*
The Honorable David O. Carter
DISTRICT COURT JUDGE